THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID R. COATES, | : |
| Plaintiff, | : |
| v. | : 3:19-CV-1005 |
| | : (JUDGE MARIANI) |
| UNITED STATES POSTAL SERVICE, and NATIONAL ASSOCIATION OF LETTER CARRIERS | : |
| Defendants. | : |

## ORDER

AND NOW, THIS  23rd  DAY OF OCTOBER, 2020, upon consideration of Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 21), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss (Doc. 21) is **GRANTED** for the reasons set forth in this Court's accompanying memorandum opinion. Count II of the First Amended Complaint (Doc. 18) is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an Amended Complaint within **21 days** of the date of this Order.

3. The Court having dismissed Count II without prejudice and allowed Plaintiff to file an Amended Complaint, the unexpired case management deadlines are extended as follows:

    a. All potentially dispositive motions shall be filed no later **January 4, 2021**.

    b. Reports from **Plaintiff's** retained experts shall be due by **January 4, 2021**.

c. Reports from **Defendants'** retained experts shall be due by **February 4, 2021**.

d. Supplementations shall be due by **March 4, 2021**.

e. All expert discovery shall be completed by **April 2, 2021**.

_____
Robert D. Mariani
United States District Judge